JS-6

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4861
    Email: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CAMDEN ROSE BILLIN,<br><br>    Plaintiff,<br><br>        v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,[1]<br><br>    Defendant. | Case No. 2:24-cv-01868-DTB<br><br>**[PROPOSED] JUDGMENT** |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1       The Court having approved the parties' stipulation to remand this case
2 pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3 with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4 entered for Plaintiff.

DATED: June 28, 2024           /s/ David T. Bristow
                                  HONORABLE DAVID T. BRISTOW
                                  UNITED STATES MAGISTRATE JUDGE