1  LELAND LAW
   7200 Greenleaf Avenue, Suite 170A
2  Whittier, CA 90602
3  Telephone: (562) 904-6955
   Facsimile:  (562) 632-1301
4  MOSELLE C. LELAND BOHORQUEZ, CSBN: 268272
5  E-mail: tracey@disabilitylawfirm.com
          Attorneys for Plaintiff
6  E. MARTIN ESTRADA
7  United States Attorney
   DAVID M. HARRIS
8  Assistant United States Attorney
9  Chief, Civil Division
10 CEDINA M. KIM
   Assistant United States Attorney
11 Senior Trial Attorney, Civil Division
12 JENNIFER LEE TARN, CSBN 240609
   Special Assistant United States Attorney
13         6401 Security Blvd.
14         Baltimore, MD 21235
15         Telephone:  (510) 970-4861
           Facsimile: (415) 744-0134
16         Email:  jennifer.tarn@ssa.gov
17         Attorneys for Defendant

18
19                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
20                          WESTERN DVISION

21  CAMDEN R. B.,                    ) Case No. 2:24-cv-01868-SVW-DTB
22       Plaintiff,                  )
                                     ) [~~PROPOSED~~] ORDER AWARDING
23                                   ) EQUAL ACCESS TO JUSTICE ACT
         v.                          ) ATTORNEY FEES PURSUANT TO
24  MARTIN O'MALLEY,                 ) 28 U.S.C. § 2412(d)
25  Commissioner of Social Security, )
                                     )
26       Defendant.                  )
27
28

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE
3  THOUSAND ONE HUNDRED and FORTY-THREE DOLLARS and 37cents
4  [$3,143.37], as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms
5  of the Stipulation.

Dated: August 29, 2024

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1